**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| BRITTANI LANGLINAIS and WARREN HARRISON, JR. on Behalf of Themselves and Others Similarly Situated, | § § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | CASE NO. 4:17-cv-02438 |
| RIVER OAKS EMERGENCY CENTER LLC, KATY EMERGENCY CENTER LLC, and HORTENCIA LUNA-GONZALES, | § § § § § | |
| *Defendants.* | § | **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR
COURT APPROVAL OF SETTLEMENT AND DISMISSAL OF CLAIMS**

TO THE HONORABLE JUDGE NANCY ATLAS:

Plaintiffs Brittani Langlinais and Warren Harrison, Jr. ("Plaintiffs") and

Defendants River Oaks Emergency Center LLC, Katy Emergency Center LLC and

Hortencia Luna-Gonzales ("Defendants"), file this Joint Motion for Approval of

Settlement and Dismissal of Claims as follows:

1.     Plaintiffs sued Defendants under the Fair Labor Standards Act, 29

U.S.C. § 201, *et seq.* on August 8, 2017.   Plaintiffs sought unpaid wages and

liquidated damages. Defendants denied liability as Plaintiffs alleged.

2.     The parties have settled all claims between them subject to the terms

and conditions of a Settlement Agreement and Release (the "Agreement") that was

executed by the parties. A copy of the Agreement is filed contemporaneously and under seal.

3.      Plaintiffs claim they are owed $14,317.23 in unpaid overtime and an equal amount in liquidated damages (total $28,634.46). Plaintiffs will recover more than 70% of their total overtime claim under the parties' proposed settlement. The parties believe this to be a fair compromise given the disagreement and conflicting evidence over the number of hours actually worked and owed, the existence of a joint employer arrangement, and the time investment and risk associated with discovery and trial.

4.      The Agreement provides for a full and final release of all claims in addition to the Plaintiffs' claims for unpaid wages and Plaintiffs affirm that they have not filed any administrative claims or charges against Defendants. Plaintiff Langlinais has asserted a claim for retaliation and the parties' agreement contemplates release of this FLSA retaliation claim as well.

5.      The parties respectfully request that the Court approve the settlement pursuant to the terms of the Agreement. All parties and their respective attorneys believe that the settlement is a fair and just resolution of disputed claims.

6.      Plaintiffs' counsel incurred roughly $18,578.00 in fees and $2,670.95 in costs. Plaintiffs' counsel will obtain payment of their fees and that amount is included in the recovery the conditionally certified class is receiving. It was negotiated separately from the amounts paid to Plaintiffs. The Declaration of Francisco J. Caycedo is attached to this Joint Motion and reports the number of

hours worked, states who rendered the services, and summarizes the nature of the tasks performed in this matter.

7.    Subject to the Court's approval of the settlement, the parties request that the Court dismiss all claims against Defendants with prejudice and that each party shall bear their own costs. The parties further request that the Court retain jurisdiction for one year after dismissal for the purposes of enforcing the Agreement.

Respectfully submitted,

_/s/ Francisco J. Caycedo_
**Francisco J. Caycedo**
Federal I.D. No.:  36976
State Bar No.: 24040664
Email: frank.caycedo@mincespllc.com
**MINCES PLLC**
4545 Bissonnet, Suite 286
Bellaire, Texas 77401
Telephone: (346) 701-8563
Facsimile: (713) 583-9795
**ATTORNEY IN CHARGE FOR PLAINTIFFS**

_/s/ Holly Williamson_ (by permission)
**Holly Williamson**
Federal I.D. No.: 8591
State Bar No.: 21620100
Email: hwilliamson@hunton.com
**HUNTON ANDREWS KURTH LLP**
700 Louisiana Street, Ste. 4545
Houston, TX 77002
Telephone: (713) 229-5700
Facsimile: (713) 229-5750
**ATTORNEY IN CHARGE FOR DEFENDANTS**

-3-

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on all parties via the Court's electronic filing system on August 9, 2018.


_/s/ Francisco J. Caycedo_
Francisco J. Caycedo