United States District Court
Southern District of Texas
**ENTERED**
August 13, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANI LANGLINAIS and WARREN HARRISON, JR. on Behalf of Themselves and Others Similarly Situated, | § § § § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | CASE NO. 4:17-cv-02438 |
| RIVER OAKS EMERGENCY CENTER LLC, KATY EMERGENCY CENTER LLC, and HORTENCIA LUNA-GONZALES, | § § § § § § | |
| *Defendants.* | § | JURY TRIAL DEMANDED |

## ORDER APPROVING SETTLEMENT

On this date, the Court considered the parties' Joint Motion for Court Approval of Settlement and Dismissal of Claims. The Court, noting that the parties have agreed upon the terms and conditions of the Settlement Agreement and that the parties have stipulated that settlement is in the best interests of the Plaintiffs and Defendants, finds as follows:

It is hereby ORDERED that the Settlement Agreement entered into by the parties in the above-captioned case is hereby APPROVED and Plaintiffs' claims as to Defendants are DISMISSED WITH PREJUDICE.

SIGNED this 13th day of August, 2018.

_____
NANCY ATLAS
UNITED STATES DISTRICT JUDGE